**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1303**

DERRICK M. ALLEN, SR.,

　　　　　Plaintiff - Appellant,

　　　v.

SHERIFF CLARENCE F. BIRKHEAD; DURHAM CO. DETENTION FACILITY; CAPTAIN BARNES; SGT. JONES; OFFICER CAMPBELL,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:21-cv-00007-TDS-LPA)

Submitted:  June 29, 2021　　　　　　　　　　　　Decided:  July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick M. Allen, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Birkhead*, No. 1:21-cv-00007-TDS-LPA (M.D.N.C. Mar. 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*